**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NIEVES ROCHAS, individually and
As the Personal Representative of the
Estate of OSCAR ROCHA, Deceased,
3416 Beaumont Road
Dale City, VA 22913

Plaintiff,

v.

BROWN & GOULD LLP,
7316 Wisconsin Ave.
Ste. 200
Bethesda, Md. 20814

DANIEL A. BROWN
7316 Wisconsin Ave.
Ste. 200
Bethesda, Md. 20814

DAVID M. LIPMAN, P.A.
5915 Ponce De Leon Blvd.
Ste. 44
Coral Gables, Fla. 33146

DOE DEFENDANTS 1-5

Defendants.

CASE NO.:

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendants Brown & Gould, LLP and Daniel Brown ("B&G Defendants"), by counsel, hereby remove this civil action from the District of Columbia Superior Court to the United States District Court for the District of Columbia pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. This Court has subject matter jurisdiction to adjudicate this dispute between the parties with complete diversity and an amount in controversy exceeding $75,000. Notice has been given to the Clerk of the Superior Court of the District of Columbia

and Plaintiff Nieves Rocha. Defendant, David M. Lipman, P.A. consents to this removal.

The grounds for removal are as follows:

1. Plaintiff commenced this action on or about June 9, 2014 by filing a Complaint in the Superior Court of the District of Columbia.

2. B&G Defendants were served with a copy of the Complaint on June 10, 2014.

3. Accordingly, this Notice is being filed within 30 days after B&G Defendants' first receipt of a copy of the initial pleading setting forth the claim for relief upon which the action is based, as required by 28 U.S.C. § 1446(b).

4. As required by 28 U.S.C. § 1446(a), true and correct copies of the papers filed in the Superior Court of the District of Columbia are attached as Exhibit A.

5. B&G Defendants have given written notice of this Notice of Removal to Plaintiff and filed a copy of the Notice of Removal with the Clerk of the Superior Court of the District of Columbia as required by 28 U.S.C. § 1446(d). The Notice of Removal filed in state court is attached as Exhibit B.

6. The matter in controversy between the parties exceeds $75,000 (see Exhibit A).

7. B&G Defendant Brown & Gould, LLP is a Maryland limited liability partnership, organized under the laws of the state of Maryland with all of its partners residing in the state of Maryland. B&G Defendant, Daniel Brown is a resident of the state of Maryland.

8. Defendant, David M. Lipman, P.A. is a Florida Corporation with its principal place of business in Florida.

9. Plaintiff Nieves Rocha is a resident of the Commonwealth of Virginia.

10. This Court has jurisdiction over this matter based on diversity of citizenship. See 28 U.S.C. §§ 1332 and 1441.

11. The United States District Court for the District of Columbia is the U.S. District Court and Division embracing the place where the state court action was pending prior to removal.

WHEREFORE, Defendant prays that the above-captioned action now pending in the Superior Court of the District of Columbia, be removed therefrom and placed on the regular docket of the United States District Court for the District of Columbia.

DATED: July 3, 2014

SANDS ANDERSON PC

J. Jonathan Schraub (#950816)
1497 Chain Bridge Road
Suite 202
McLean, VA 22101
(703) 893-3600
(703) 893-8484 (fax)
jjschraub@sandsanderson.com
mmarr@sandsanderson.com

*Counsel for Defendant Brown & Gould, LLC and Daniel A. Brown*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing NOTICE OF REMOVAL was served via U.S. mail to the following on July 3, 2014:

Peter Enslein, Esquire
1738 Wisconsin Ave. N.W.
Washington, D.C. 20007
*Counsel for Plaintiff*

Aaron L. Handleman, Esquire
Laura Hassler, Esquire
Eccleston & Wolfe
1629 K St. N.W., Ste. 260
Washington, D.C. 20006
*Counsel for Defendant David M. Lipman, P.A.*

J. Jonathan Schraub